# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DAQUAN M. TYSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:16–CV–550
CRIM. NO. 2:13–CR–268
JUDGE MICHAEL H. WATSON
MAGISTRATE JUDGE KEMP

## ORDER

On April 6, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion to Vacate under 28 U.S.C. § 2255*, ECF No. 54, be denied. ECF No. 63. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF No. 63, is **ADOPTED** and **AFFIRMED**. The *Motion to Vacate under 28 U.S.C. § 2255*, Doc. 54, is **DENIED**.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON
United States District Judge